IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LARRY TROVER PRODUCE, INC.,

Plaintiff,

v.

CERTIS U.S.A. LLC, *et al.*,

Defendants.

Case No. 21-cv-1035 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 8/18/2022**        MONICA A. STUMP, Clerk of Court

                            **s/Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**